SEARCH WARRANT RETURN (REV. 03/13)

☒ FILED   ☐ LODGED

# RETURN

**Sep 16 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: **22-08754MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 09/09/2022 | 09/09/2022 11:30AM | Residence |

**INVENTORY MADE IN THE PRESENCE OF**
Robert V. Figueroa III, Special Agent, HSI

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Six (6) cell phones

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 09/15/2022

_____
Executing Officer's Signature

Robert V. Figueroa III, Special Agent, HSI
Printed Name and Title